```
 1  Marie D. DiSante, State Bar No. 138267
    Laura L. Saadeh, State Bar No. 130459
 2  CARLTON DiSANTE & FREUDENBERGER LLP
    2600 Michelson Drive
 3  Suite 800
    Irvine, California 92612
 4  Telephone: (949) 622-1661
    Facsimile:  (949) 622-1669
 5  E-Mail:  mdisante@cdflaborlaw.com
             lsaadeh@cdflaborlaw.com
 6
    Attorneys for Defendant
 7  Fred Erdtsieck III, Edward Mark Birn, Martin
    Osorio Corona, Vincent Enterprises Company, San
 8  Marino Plastering, Inc., Ross Plastering, Inc., and
    Summit Plastering, Inc.
 9
    Alberto A. Flores
10  512 James Street
    Rialto, California 92376
11  Telephone: (951) 581-3289
    In Pro Per
12
```

JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 22 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO A. FLORES, | Case No. SACV-10-148-0-JVS(SSx) |
| Plaintiffs, | Judge James V. Selna |
| vs. | Ctrm: 10C |
| FRED ERDTSIECK III, an individual; EDWARD MARK BIRN, an individual; MARTIN OSORIO CORONA, an individual; VINCENT ENTERPRISES COMPANY, an unknown business entity; SAN MARINO PLASTERING INC., a California Corporation; ROSS PLASTERING INC., a California Corporation; SUMMIT PLASTERING INC., a California Corporation; and DOES 1 through 100 inclusive, | [Orange County Superior Court Case No. 30-2010-00403501]  [PROPOSED] ORDER FOR DISMISSAL  Action Filed: August 27, 2010  Trial Date: None Set |
| Defendants. | |

[Proposed] Order For Dismissal

Due to Plaintiff Alberto A. Flores ("Plaintiff"), In Pro Per, and Defendants Fred Erdtsieck III, Edward Mark Birn, Martin Osorio Corona, Vincent Enterprises Company, San Marino Plastering, Inc., Ross Plastering, Inc., and Summit Plastering, Inc. (collectively, "Defendants"), through their counsel of record, resolving the matter between the parties and having stipulated to dismiss the above-captioned action, the Court hereby orders that this matter be dismissed in its entirety with prejudice. It is further ordered that each party shall bear their own costs and attorneys' fees.

Dated: 11/22/10

_____
The Honorable James V. Selna
United States District Court Judge